# Morgan Lewis

Douglas T. Schwarz
Partner
+1.212.309.6890
douglas.schwarz@morganlewis.com

April 10, 2020

> Application for extension of time GRANTED. The Initial Pretrial Conference is RESET for June 4, 2020 at 10:00 a.m.
>
> 4/10/2020
>
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

<u>Via ECF</u>

The Honorable Lewis J. Liman
United States District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Gonoude v. Morgan Stanley Smith Barney, LLC*, No. 1:20-cv-01072-LJL
    <u>Request to Extend Defendant's Time to Respond to Complaint</u>

Dear Judge Liman:

We represent defendant Morgan Stanley Smith Barney LLC ("Morgan Stanley") in the above-referenced action. Pursuant to Rules 1(A) and I(C) of Your Honor's Individual Practices in Civil Cases, we write with the consent of counsel for plaintiff Georgann Gonoude ("Plaintiff"), respectfully to request that the Court (a) extend Defendant's time to respond to the Complaint to from April 13, 2020 to May 13, 2020, and (b) adjourn the Initial Conference scheduled for May 11, 2020 at 10:45 a.m. to a date and time convenient to the Court that is at least two weeks after the extended response deadline. This is Defendant's first request for an extension of time to file a response to the Complaint and to adjourn the initial conference.

In support of these requests, counsel for Defendant states that the parties are engaged in discussions about an early resolution of this action. If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. As noted above, Plaintiff's counsel consents to this request. If granted, the extension and adjournment will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Douglas T. Schwarz*

Douglas T. Schwarz

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY 10178-0060         ☏ +1.212.309.6000
United States                   ✆ +1.212.309.6001