# Morgan Lewis

**Douglas T. Schwarz**
Partner
+1.212.309.6890
douglas.schwarz@morganlewis.com

May 12, 2020

**Via ECF**

The Honorable Lewis J. Liman
United States District Court
 For the Southern District of New York
500 Pearl Street
New York, NY 10007

> Application for extension GRANTED.  The Initial Pretrial Conference is RESET to July 1, 2020 at 10:30 a.m. It will proceed telephonically.  Parties are directed to call (888) 251-2909 and use access code 2123101.
>
> No further extensions.
>
> 5/12/2020
>
> LEWIS J. LIMAN
> United States District Judge

Re:   *Gonoude v. Morgan Stanley Smith Barney, LLC*, No. 1:20-cv-01072-LJL
      **Request to Extend Defendant's Time to Respond to Complaint**

Dear Judge Liman:

We represent defendant Morgan Stanley Smith Barney LLC ("Morgan Stanley") in the above-referenced action. Pursuant to Rules 1(A) and I(C) of Your Honor's Individual Practices in Civil Cases, we write with the consent of counsel for plaintiff Georgann Gonoude ("Plaintiff"), respectfully to request that the Court: (a) extend Morgan Stanley's time to respond to the Complaint to from May 13, 2020 to June 12, 2020; and, (b) adjourn the Initial Conference scheduled for June 4, 2020 at 10:00 a.m. to a date and time convenient to the Court that is at least two weeks after the extended response deadline. This is Morgan Stanley's second request for an extension of time to file a response to the Complaint and to adjourn the Initial Conference.  The Court granted Morgan Stanley's first request.  (*See* Dkt. No. 10.)

In support of this request, counsel for Morgan Stanley states that the parties are continuing to engage in discussions about an early resolution of this action.  If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation.  As noted above, Plaintiff's counsel consents to this request.  If granted, the extension and adjournment will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Douglas T. Schwarz*

Douglas T. Schwarz

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          T +1.212.309.6000
United States                     F +1.212.309.6001